JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY WARNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC.,<br>AMAZON WEB SERVICES, INC.,<br>　　and<br>TODD WEATHERBY, in his<br>　　individual and professional<br>　　capacities,<br><br>　　　　Defendants. | Case No. 5:21-cv-00866-JWH-DTB<br><br>**JUDGMENT** |

Pursuant to the "Order Regarding Defendants' Motion to Dismiss [ECF No. 67]" entered substantially contemporaneously herewith, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter over the above-captioned action pursuant to 28 U.S.C. §§ 1331 & 1367.

2. The operative pleading is the Third Amended Complaint [ECF No. 66] filed by Plaintiff Cindy Warner.

3. Defendants Amazon.com; Amazon Web Services, Inc.; and Todd Weatherby shall have **JUDGMENT** in their **FAVOR** and **AGAINST** Plaintiff Cindy Warner. Plaintiff Cindy Warner shall take nothing by way of her Third Amended Complaint.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 20, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE